UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FREDERICK L. PERKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:05CV00403 ERW |
| ) | |
| CHARLES DWYER, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Petitioner Frederick L. Perkins' Motion for Certificate of Appealability [doc. #29].

On March 10, 2008, this Court entered an order denying Petitioner's petition for writ of habeas corpus. That order further denied Petitioner a certificate of appealability. Petitioner has failed to make a "substantial showing of the denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 483 (2000). Furthermore, the Court does not believe that reasonable jurists might find the Court's decision debatable or wrong, for purposes of issuing a certificate of appealability under 28 U.S.C. § 2253(c)(1)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Certificate of Appealability [doc. #29] is **DENIED**.

Dated this 24th Day of March, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

1